UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| RODERICK DEAN | CIVIL ACTION NO. 06-0038-A |
|---|---|
| -vs- | JUDGE DRELL |
| ORLEANS PARISH DISTRICT ATTORNEY | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that this petition for habeas corpus be DISMISSED WITHOUT PREJUDICE for failing to exhaust available state remedies.

SIGNED on this 18th day of April, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge